IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No.: 5:21-bk-01470-MJC |
|     MILLICENT R. DURING | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | |
| AMERICAN HONDA FINANCE | : | |
| CORPORATION d/b/a HONDA | : | |
| FINANCIAL SERVICES, | : | |
| ADMINISTRATOR FOR HONDA LEASE | : | |
| TRUST | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| MILLICENT R. DURING | : | |
| ISACC DURING | : | |
|     Respondent(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
|     Trustee | : | |

**ANSWER TO MOTION FOR RELIEF OF
AMERICAN HONDA FINANCE CORPORATION d/b/a
HONDA FINANCIAL SERVICES, ADMINISTRATOR FOR HONDA LEASE TRUST
ON BEHALF OF RESPONDENTS**

AND NOW COMES Respondents, by and through their attorneys, Newman Williams, P.C., and in Answer to the Motion of AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES, ADMINISTRATOR FOR HONDA LEASE TRUST for Relief from Stay avers:

1. Admitted.

2. Admitted relief is requested. Denied Movant is entitled to relief.

3. Admitted in part and denied in part. It is admitted as to the date of the contract and the type of vehicle. The remaining allegations are denied as statements or conclusions of law or requests for relief. By way of further answer, Movant has failed to produce the assignment demonstrating it is in fact a real party-in-interest.

4. Admitted to all averments except the value of the vehicle and the delinquency status. Respondents are without knowledge sufficient to respond to these allegations. By way of further answer, Respondents believe they are current post-petition.

5. Denied. Respondents believe they are current post-petition.

WHEREFORE, Respondent respectfully requests this Honorable Court for an Order that the Motion of AMERICAN HONDA FINANCE CORPORATION d/b/a HONDA FINANCIAL SERVICES, ADMINISTRATOR FOR HONDA LEASE TRUST for Relief from Stay be denied, and for such other and further relief as the Honorable Court deems just and appropriate.

                NEWMAN WILLIAMS P.C.

By: /s/ Robert J. Kidwell
    Robert J. Kidwell, Esquire
    Attorney for Respondent
    PO Box 511, 712 Monroe Street
    Stroudsburg, PA 18360
    (570) 421-9090; fax (570) 424-9739
    rkidwell@newmanwilliams.com