Certificate Number: 12433-PAM-DE-036010174

Bankruptcy Case Number: 21-01470



12433-PAM-DE-036010174

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 22, 2021, at 11:43 o'clock AM EDT, Millicent R. During completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 22, 2021

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor