IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: )
)
MILLICENT R. DURING ) Chapter 13
**Debtor(s)** )
) Case No.: 5:21-bk-01470-(HWV)
)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 23, 2021, I served a copy of the Request To Re-List Matter For Hearing to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtor<br>Millicent R. During<br>3120 Sparrow Court<br>East Stroudsburg, PA 18302 | Regular Mail |
| Co-Debtor<br>Isacc During<br>3120 Sparrow Court<br>East Stroudsburg, PA 18302 | Regular Mail |

The following parties were served with the Request via electronic means on September 23, 2021:

Debtor's Attorney
Vincent Rubino, Esq.
Newman Williams Mishkin Corveleyn et al
712 Monroe St.
PO Box 511
Stroudsburg, PA 18360-0511

| Trustee | United States Trustee |
|---|---|
| Jack N. Zaharopoulos | 228 Walnut Street, Suite 1190 |
| Chapter 13 Trustee | Harrisburg, PA 17101 |
| 8125 Adams Drive, Suite A | |
| Hummelstown, PA 17036 | |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 9/23/21

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania