United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 21-01470-MJC
Millicent R. During  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2
Date Rcvd: Sep 30, 2021 Form ID: pdf010 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

**Recip ID**           **Recipient Name and Address**
+           Isacc During, 3120 Sparrow Court, East Stroudsburg, PA 18302-6719

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

**Name**               **Email Address**
Bradley J Osborne
                       on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021- R1, Mortgage-Backed Notes, Series 2021-R1 c/o Select Portfolio Se bosborne@hoflawgroup.com, pfranz@hoflawgroup.com

Jack N Zaharopoulos (Trustee)
                       TWecf@pamd13trustee.com

Keri P Ebeck
                       on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Rebecca Ann Solarz
                       on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Robert J Kidwell, III
                       on behalf of Debtor 1 Millicent R. During rkidwell@newmanwilliams.com

|  |  |
|---|---|
|  | rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Millicent R. During lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services Administrator For Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE: ) | |
| MILLICENT R. DURING ) | |
| **Debtor(s)** ) | Case No.: 5:21-01470 (MJC) |
| ) | |
| AMERICAN HONDA FINANCE ) | Chapter 13 |
| CORPORATION d/b/a HONDA FINANCIAL ) | |
| SERVICES, ADMINISTRATOR FOR ) | Docket No. 34 |
| HONDA LEASE TRUST ) | |
| **Movant** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | 11 U.S.C. 1301 |
| ) | |
| MILLICENT R. DURING ) | |
| ISACC DURING ) | |
| **Respondent(s)** ) | |
| ) | |
| JACK N. ZAHAROPOULOS ) | |
| **Trustee** ) | |

## ORDER APPROVING STIPULATION

**IT IS HEREBY ORDERED** that the Stipulation between American Honda Finance Corporation and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about September 28, 2021 in the above matter is APPROVED, and hereby made an Order of this Court.

Dated: September 30, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)