UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MILLICENT R. DURING : CHAPTER 13
         Debtor(s) :
         :

JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
         Movant :
         :
         vs. :
         :

MILLICENT R. DURING :
         Respondent(s) : CASE NO.  5-21-bk-01470

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

      AND NOW, this  6th  day of January, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1.  The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.  The plan is underfunded relative to claims to be paid – 100% plan.
        b.  The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.
        c.  Secured claims not in plan.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.  Deny confirmation of debtor(s) plan.
        b.  Dismiss or convert debtor(s) case.
        c.  Provide such other relief as is equitable and just.

                Respectfully submitted:

                Jack N. Zaharopoulos
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

        BY:        /s/Agatha R. McHale
                Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this  6th  day of January, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA  18360

                                        /s/Deborah A. Behney
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee