United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 21-01470-MJC
Millicent R. During    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 11, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

**Recip ID**     **Recipient Name and Address**
+   Isaac During, 3120 Sparrow Court, East Stroudsburg, PA 18302-6719

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021- R1, Mortgage-Backed Notes, Series 2021-R1 c/o Select Portfolio Se bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021- R1, Mortgage-Backed Notes, Series 2021-R1 c/o Select Portfolio Se kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |

Rebecca Ann Solarz
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Robert J Kidwell, III
    on behalf of Debtor 1 Millicent R. During rkidwell@newmanwilliams.com
    rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Millicent R. During
    lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig
    on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services Administrator For Honda Lease Trust
    ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: : Bankruptcy No. 5:21-bk-01470-MJC
    Millicent R. During
    aka Millicent Rebecca During    : Chapter 13
    aka Millicent During    :
        Debtor
    :
U.S. Bank National Association, not in its    :
individual capacity but solely as indenture    :
trustee, for the holders of the CIM Trust 2021-    :
R1, Mortgage-Backed Notes, Series 2021-R1    :
c/o Select Portfolio Servicing, Inc.    :
        Movant
    vs.    :
    :
Millicent R. During aka Millicent Rebecca    :
During aka Millicent During and Isaac During    :
(Non-filing Co-Debtor)    :
        Debtor/Respondents
    and    :
Jack N. Zaharopoulos, Esquire    :
        Trustee/Respondent    :
    :

## ORDER

Upon consideration of the Motion of Movant, U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R1, Mortgage-Backed Notes, Series 2021-R1 c/o Select Portfolio Servicing, Inc., it is:

ORDERED AND DECREED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 and § 1301, as to Isaac During, of the Bankruptcy Code is modified with respect to the premises, 108 Daventry Court, Bushkill, PA 18324 as more fully set forth in the legal description attached to said mortgage, to allow Movant or its successors, if any, to exercise its rights under its loan documents.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 11, 2022