United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 21-01470-MJC
Millicent R. During     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 13, 2022     Form ID: ordsmiss     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millicent R. During, 3120 Sparrow Court, East Stroudsburg, PA 18302-6719 |
| 5421884 | + | CCP PROPERTY OWNERS ASSN SO, 331 INVERNESS DRIVE, EAST STROUDSBURG, PA 18302-6684 |
| 5424314 | + | CCP PROPERTY OWNERS ASSOCIATION SOUTH, YOUNG & HAROS, LLC, 802 MAIN ST., YOUNG & HAROS, LLC, 802 MAIN ST., Stroudsburg, PA 18360-1602 |
| 5421886 | | LENDMARK FINANCIAL SERVICES, 3127 HWY 278, COVINGTON, GA 30209 |
| 5421887 | + | MIDDLE SMITHFIELD TOWNSHIP, SEWER DEPARTMENT, 147 MUNICIPAL DRIVE, EAST STROUDSBURG, PA 18302-9519 |
| 5430023 | + | Michael A. Gaul, Esquire, KING SPRY HERMAN FREUND & FAUL, LLC, One West Broad Street, Suite 700, Bethlehem, PA 18018-5783 |
| 5429846 | + | Michael A. Gaul, Esquire (Township Solicitor), KING SPRY HERMAN FREUND & FAUL, LLC, One West Broad Street, Suite 700, Bethlehem, PA 18018-5783 |
| 5429847 | + | Township of Middle Smithfield, Michael A. Gaul,Esq, Township Solicitor, One West Broad St., Ste. 700, Bethlehem, PA 18018-5717 |
| 5421889 | + | YOUNG & HAROS LLC, 802 MAIN STREET, STROUDSBURG, PA 18360-1602 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5423028 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 13 2022 18:36:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5421885 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 13 2022 18:36:00 | HONDA FINANCIAL SERVICES, PO BOX 7829, PHILADELPHIA, PA 19101-7829 |
| 5425287 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 13 2022 18:36:00 | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| 5424261 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 13 2022 18:36:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 5421888 | | EDI: AISMIDFIRST | Jul 13 2022 22:43:00 | MIDLAND MORTGAGE, PO BOX 268888, OKLAHOMA CITY, OK 73126-8888 |
| 5426707 | + | EDI: AISMIDFIRST | Jul 13 2022 22:43:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5424926 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 13 2022 18:36:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5434083 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 13 2022 18:36:00 | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**

| | | |
|---|---|---|
| cr | *+ | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021- R1, Mortgage-Backed Notes, Series 2021-R1 c/o Select Portfolio Se bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021- R1, Mortgage-Backed Notes, Series 2021-R1 c/o Select Portfolio Se kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Millicent R. During rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Millicent R. During lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services Administrator For Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Millicent R. During, <br> aka Millicent Rebecca During, aka Millicent During, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−01470−MJC |

### **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway/*

Mark J. Conway, United States Bankruptcy Judge

Dated: July 13, 2022

ordsmiss (05/18)