In re:  Case No. 21-01470-MJC

Millicent R. During  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: Aug 01, 2022      Form ID: pdf010      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Millicent R. During, 3120 Sparrow Court, East Stroudsburg, PA 18302-6719 |
| 5421884 | + | CCP PROPERTY OWNERS ASSN SO, 331 INVERNESS DRIVE, EAST STROUDSBURG, PA 18302-6684 |
| 5424314 | + | CCP PROPERTY OWNERS ASSOCIATION SOUTH, YOUNG & HAROS, LLC, 802 MAIN ST., YOUNG & HAROS, LLC, 802 MAIN ST., Stroudsburg, PA 18360-1602 |
| 5421886 | | LENDMARK FINANCIAL SERVICES, 3127 HWY 278, COVINGTON, GA 30209 |
| 5421887 | + | MIDDLE SMITHFIELD TOWNSHIP, SEWER DEPARTMENT, 147 MUNICIPAL DRIVE, EAST STROUDSBURG, PA 18302-9519 |
| 5430023 | + | Michael A. Gaul, Esquire, KING SPRY HERMAN FREUND & FAUL, LLC, One West Broad Street, Suite 700, Bethlehem, PA 18018-5783 |
| 5429846 | + | Michael A. Gaul, Esquire (Township Solicitor), KING SPRY HERMAN FREUND & FAUL, LLC, One West Broad Street, Suite 700, Bethlehem, PA 18018-5783 |
| 5429847 | + | Township of Middle Smithfield, Michael A. Gaul,Esq, Township Solicitor, One West Broad St., Ste. 700, Bethlehem, PA 18018-5717 |
| 5421889 | + | YOUNG & HAROS LLC, 802 MAIN STREET, STROUDSBURG, PA 18360-1602 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5423028 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 01 2022 18:41:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5421885 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 01 2022 18:41:00 | HONDA FINANCIAL SERVICES, PO BOX 7829, PHILADELPHIA, PA 19101-7829 |
| 5425287 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 01 2022 18:41:00 | American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912 |
| 5424261 | | Email/Text: ktramble@lendmarkfinancial.com | Aug 01 2022 18:41:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 5421888 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 01 2022 18:48:53 | MIDLAND MORTGAGE, PO BOX 268888, OKLAHOMA CITY, OK 73126-8888 |
| 5426707 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 01 2022 18:48:58 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5424926 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 01 2022 18:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5434083 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 01 2022 18:41:00 | U.S. Bank National Association, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason    Name and Address**

cr     *+      American Honda Finance Corporation d/b/a Honda Fin, 3625 W. Royal Lane, #200, Irving, TX 75063-2912

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:

**Name**      **Email Address**

Bradley J Osborne
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021- R1, Mortgage-Backed Notes, Series 2021-R1 c/o Select Portfolio Se bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

Karina Velter
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021- R1, Mortgage-Backed Notes, Series 2021-R1 c/o Select Portfolio Se kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

Keri P Ebeck
on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Rebecca Ann Solarz
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Robert J Kidwell, III
on behalf of Debtor 1 Millicent R. During rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 1 Millicent R. During lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig
on behalf of Creditor American Honda Finance Corporation d/b/a Honda Financial Services  Administrator For Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **MILLICENT R. DURING,** : **Chapter 13**
      aka Millicent Rebecca During, : Case No. **5:21-bk-01470-MJC**
      aka Millicent During :
           Debtors :

### ORDER GRANTING MOTION TO RECONSIDER/VACATE
### July 13, 2022 ORDER DISMISSING CASE

Upon consideration of the Debtor's Motion to Reconsider/Vacate July 13, 2022 Order Dismissing Case, Dkt. # 61 ("Motion"), and Concurrence of the Trustee, it is hereby **ORDERED** that the Motion to Reconsider/Vacate July 13, 2022 Order Dismissing Case is hereby **GRANTED**. It is further **ORDERED** that the July 13, 2022 Order Dismissing Case, Dkt. # 59, be and is hereby **VACATED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 1, 2022