# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MILLICENT DURING | CHAPTER: 13 |
| Debtor(s) | CASE NO. 21-1470 |
| | Application for Refund |

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning for a refund in the total amount of $ 199.00 (One Hundred Ninety-Nine Dollars) for document no(s). 74 (*enter docket numbers*) filed in the above-named case on the following date(s) November 18, 2025 on behalf of the ☐ debtor(s) ☒ creditor (*check one*).

2. Receipt # 74 for the overpayment of filing fee was issued November 18, 2025 in the amount of $ 199.00.

3. A refund is warranted in this matter because (*state reason(s) why a refund should be issued*):
I failed to include an exhibit in docket #71 Motion for Relief (filed 11/17/25) and PACER would not allow be to simply go back and file the exhibit to #71 absent a new amended filing. Docket #71 and 74 are substantively the same

4. Refund should be sent to: (*name and complete address*)
Young & Haros, LLC
802 Main St.
Stroudsburg, PA  18360

5. I understand that, pursuant to 18 U.S.C. § 152, I may be subject to fines not more than $5,000, or imprisonment not more than five (5) years, or both, if I have knowingly and fraudulently made any false statements in this document.

6. I understand that it will take approximately 6-8 weeks to receive this refund.

Executed on January 15, 2026                         GREGORY DAVID MALASKA
                                                                              Applicant's signature

                                                                              Type or Print Name below:
                                                                              GREGORY DAVID MALASKA

                                                                              Address of Applicant:
                                                                              Young & Haros, LLC
                                                                              802 Main St.
                                                                              Stroudsburg, PA   18360